# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERVIN MIDDLETON, )
        Plaintiff, ) Case No. 2:16-cv-01369-APG-GWF
vs. ) **ORDER**
OMELY TELECOM CORP., )
        Defendant. )

This matter is before the Court on Reginald Beatty's Motion to Strike Fugitive Document (ECF No. 25), filed on September 28, 2017.

On September 5, 2017, Plaintiff filed his first amended complaint. On September 19, 2017, the Court entered an Order instructing the Clerk of the Court to strike Plaintiff's first amended complaint (ECF No. 8) and corresponding summonses (ECF Nos. 9, 10, 13, 14, 15, 18) because Plaintiff filed his first amended complaint without leave of court as required under Fed. R. Civ. P. 15. Reginald Beatty requests that the Court strike the returned executed summons (ECF No. 20) filed with the Court on September 18, 2017. The Court grants his request to strike the returned executed summons (ECF No. 20) as a fugitive document. Accordingly,

**IT IS HEREBY ORDERED** that Reginald Beatty's Motion to Strike Fugitive Document (ECF No. 25) is **granted**.

DATED this 2nd day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge