**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ervin Middleton, | 2:16-cv-01369-JAD-GWF |
| Plaintiff | **Order Adopting Report and Recommendation re: Sam Bateman's Motion to Dismiss** |
| v. | |
| Omely Telecom Corp., | [ECF Nos. 28, 29] |
| Defendant | |

Sam Bateman became a defendant in this case when plaintiff Ervin Middleton filed an unauthorized first amended complaint. That pleading, and the summonses that corresponded to it, were stricken on September 19, 2017,[1] and Bateman is no longer a defendant in this case. Nevertheless, Mr. Bateman filed a motion to dismiss the claims against him.[2] Magistrate Judge Foley recommends that I deny the motion as moot because Mr. Bateman is no longer a party to this case.[3]

The report and recommendation was entered October 11, 2017, making October 25, 2017, the deadline to file an objection. No party has filed an objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, with good cause appearing and no reason to delay, IT

---

[1] ECF No. 19.

[2] ECF No. 28.

[3] ECF No. 29.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyn-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IS HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 29] is ACCEPTED and ADOPTED**; Sam Bateman's Motion to Dismiss **[ECF No. 28] is DENIED** as moot.

DATED: October 26, 2017.

_____
Jennifer A. Dorsey
United States District Judge